ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris (SBN 200368)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199
sean.morris@apks.com

Jonathan L. Stern*
Joshua M. Davis*
555 Twelfth Street, NW
Washington, DC 2004-1206
Telephone:   (202) 942-5000
Facsimile:   (202) 924-5999
jonathan.stern@apks.com
joshua.davis@apks.com

*denotes national counsel who will seek pro hac vice admission

Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., McKESSON CORPORATION, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-cv-01485-MCE-GGH<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1     This matter comes before the Court on Plaintiffs' and the Manufacturer Defendants'
Stipulated Motion to Extend Time to Respond to Complaint. The Court has reviewed the joint motion and, good cause appearing, GRANTS the stipulated motion.

    IT IS HEREBY ORDERED that the Manufacturer Defendants' deadline to respond to Plaintiffs' complaint is extended by sixty (60) calendar days, to September 22, 2017.

    IT IS SO ORDERED.

Dated: July 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE