ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris (SBN 200368)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:     (213) 243-4000
Facsimile:     (213) 243-4199
sean.morris@apks.com

Jonathan L. Stern*
Joshua M. Davis*
555 Twelfth Street, NW
Washington, DC 2004-1206
Telephone:     (202) 942-5000
Facsimile:     (202) 924-5999
jonathan.stern@apks.com
joshua.davis@apks.com
*denotes national counsel who will seek pro hac
vice admission

Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCKS]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>              Plaintiffs,<br><br>     vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., McKESSON CORPORATION, and DOES 1-100, INCLUSIVE,<br><br>              Defendants. | Case No. 2:17-cv-01485-MCE-GGH<br><br>**STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE AND DEFENDANTS' DEADLINE FOR RESPONDING TO THE COMPLAINT**<br><br><br>Action Filed:  May 25, 2017 |

Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, "Removing Defendants") and Plaintiffs hereby stipulate and agree to, and respectfully request the entry of an Order establishing, the following:

1.      Any opposition to Plaintiffs' Motion to Remand (Dkt. No. 21), scheduled for hearing on October 19, 2017, shall be filed on or before September 15, 2017.

2.      Any reply filed in support of Plaintiffs' Motion to Remand shall be filed on or before October 10, 2017.

3.      The deadline for all Removing Defendants to answer, move, or otherwise respond to the Complaint shall be thirty (30) days after the Court's entry of an Order ruling on Plaintiffs' Motion to Remand.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulated and agreed to:

Dated:  August 22, 2017

ARNOLD & PORTER KAYE SCHOLER LLP

By:     /s/ Sean Morris
        Sean Morris
        Jonathan L. Stern*
        Joshua M. Davis*

        777 S. Figueroa Street, 44th Floor
        Los Angeles, CA 90017
        Telephone:  (213) 243-4000
        Facsimile:  (213) 243-4199
        sean.morris@apks.com

        -and-

        555 Twelfth Street, NW
        Washington, DC 2004-1206
        Telephone:  (202) 942-5000
        Facsimile:  (202) 942-5999
        jonathan.stern@apks.com
        joshua.davis@apks.com

        *denotes national counsel who will seek pro hac
        vice admission

        Attorneys for Defendants
        ENDO HEALTH SOLUTIONS INC. and ENDO
        PHARMACEUTICALS INC.

Dated:  August 22, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     /s/ Lisa M. Gilford
        Lisa M. Gilford

        300 South Grand Avenue
        Los Angeles, California 90071
        Telephone:  (213) 687-5000
        Facsimile:  (213) 621-5130
        lisa.gilford@skadden.com

        Attorneys for Defendants
        PURDUE PHARMA L.P., PURDUE
        PHARMA INC., and THE PURDUE FREDERICK
        COMPANY, INC.

| | |
|---|---|
| 1 | Dated:  August 22, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |

1    Dated:  August 22, 2017          MORGAN, LEWIS & BOCKIUS LLP

2                                      By:     /s/ Steven A. Reed
3                                              Steven A. Reed
                                               Collie F. James IV
4                                              Jeremy A. Menkowitz

5                                              1701 Market Street
                                               Philadelphia, PA 19103
6                                              Telephone:  (215) 963-5000
                                               Facsimile:  (215) 963-5001
7                                              steven.reed@morganlewis.com
                                               jeremy.menkowitz@morganlewis.com
8
                                               -and-
9
                                               600 Anton Blvd., Ste. 1800
10                                             Costa Mesa, CA 92626
                                               Telephone:  (949) 399-7199
11                                             Facsimile:  (949) 399-7001
                                               collie.james@morganlewis.com
12
                                               Attorneys for Defendants
13                                             TEVA PHARMACEUTICALS USA, INC. and
                                               CEPHALON, INC.
14

15   Dated:  August 22, 2017          O'MELVENY & MYERS LLP
16
                                       By:     /s/ Charles C. Lifland
17                                             Charles C. Lifland

18                                             400 S. Hope Street
19                                             Los Angeles, CA 90071
                                               Telephone:  (213) 430-6000
20                                             Facsimile:  (213) 430-6407
                                               clifland@omm.com
21
                                               Attorneys for Defendants
22                                             JOHNSON & JOHNSON, JANSSEN
                                               PHARMACEUTICALS, INC., ORTHO-MCNEIL-
23                                             JANSSEN PHARMACEUTICALS, INC. N/K/A
                                               JANSSEN PHARMACEUTICALS, INC., and
24                                             JANSSEN PHARMACEUTICA, INC. N/K/A
                                               JANSSEN PHARMACEUTICALS, Inc.
25

26

27

28

- 4 -

Dated: August 22, 2017      LAW OFFICES OF FRANCIS O. SCARPULLA

By:    /s/ Francis O. Scarpulla
     Francis O. Scarpulla

456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com

-and-

PARISH GUY CASTILLO, PLC
William H. Parish

1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
parish@parishlegal.com

Attorneys for Plaintiffs

COUNTY OF SAN JOAQUIN, CITY OF
STOCKTON, and MONTEZUMA FIRE
PROTECTION DISTRICT

## ORDER

Pursuant to the parties' stipulation, the Court orders as follows:

1.      Any opposition to Plaintiffs' Motion to Remand (ECF No. 21), scheduled for hearing on October 19, 2017, shall be filed on or before September 15, 2017.

2.      Any reply filed in support of Plaintiffs' Motion to Remand shall be filed on or before October 10, 2017.

3.      The deadline for all Removing Defendants to answer, move, or otherwise respond to the Complaint shall be thirty (30) days after the Court's entry of an Order ruling on Plaintiffs' Motion to Remand.

IT IS SO ORDERED.

Dated: August 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE