Clara J. Shin (Bar No. 214809)
Jun Li (Bar No. 315907)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
cshin@cov.com
junli@cov.com

*Attorneys for Defendant McKesson Corporation*

Francis O. Scarpulla (Bar No. 41059)
Patrick B. Clayton (Bar No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Attorneys for Plaintiffs*

**[Additional Counsel Appear on Signature Page]**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17−CV−01485−MCE−GGH<br><br>**STIPULATION FOR DEFENDANT MCKESSON CORPORATION NOT TO RESPOND TO COMPLAINT IN FEDERAL COURT; ORDER**<br><br>Current Response Date: September 22, 2017 |

1       Pursuant to Civil Local Rule 143, Plaintiffs County of San Joaquin, City of Stockton, and Montezuma Fire Protection District (collectively, "Plaintiffs") and Defendant McKesson Corporation ("McKesson"), by and through their respective counsel, subject to approval of this Court, hereby stipulate and agree that because McKesson will not remain a party to this federal court action once the Court rules on the Plaintiffs' Motion to Remand (Dkt. 21), and as it serves the interests of judicial economy and efficiency if McKesson is not required to respond to the Complaint in this Court, the Parties request the Court's approval to relieve McKesson from the requirement from responding to the Complaint in this Court:

      WHEREAS, on May 25, 2017, Plaintiffs commenced this suit in San Joaquin County Superior Court;

      WHEREAS, on July 17, 2017, all defendants except for McKesson (the "Removing Defendants") removed this action to federal court on the grounds that McKesson is a dispensable party, is fraudulently joined, and is fraudulently misjoined;

      WHEREAS, Plaintiffs filed a Motion to Remand on August 16, 2017, alleging that McKesson is a properly-joined defendant and cannot be severed from this action;

      WHEREAS, the hearing on the Motion to Remand is currently set for October 19, 2017;

      WHEREAS, if the Court rules in favor of the Removing Defendants and denies Plaintiffs' Motion to Remand, McKesson will be severed or dismissed from this action;

      WHEREAS, if the Court grants Plaintiffs' Motion to Remand, and finds that McKesson is a properly-joined defendant, there will be no diversity jurisdiction, the case will be remanded to state court, and McKesson, along with all other defendants, will no longer be litigating before this Court;

      WHEREAS, the parties stipulate and agree that under either outcome—removal to federal court or a remand back to state court—McKesson will not remain a party to this federal action and should not be required to respond to the Complaint in this Court;

      WHEREAS, McKesson's current deadline in this Court to respond to the Complaint is September 22, 2017;

| | |
|---|---|
| 1 | WHEREAS, without the requested relief, McKesson will be required to answer or file a |
| 2 | Rule 12(b)(6) motion in this Court at that time, as well as a duplicative answer or demurrer in |
| 3 | state court after the Court decides Plaintiffs' Motion to Remand; |
| 4 | WHEREAS, the requested relief will conserve judicial resources and promote judicial |
| 5 | efficiency; and |
| 6 | WHEREAS, Civil Local Rule 143 requires the Court's approval for all stipulations; |
| 7 | NOW THEREFORE, subject to approval by the Court, the Parties hereby stipulate that |
| 8 | McKesson shall be relieved of any requirement that it answer or otherwise respond to the |
| 9 | Complaint in this Court. |
| 10 | IT IS SO STIPULATED: |

DATED: September 7, 2017

COVINGTON & BURLING LLP
CLARA J. SHIN
JUN LI

By:     /s/Clara J. Shin
             Clara J. Shin

*Attorneys for Defendant*
*McKesson Corporation*

DATED: September 7, 2017

LAW OFFICES OF FRANCIS O. SCARPULLA

By:     /s/Francis O. Scarpulla
             Francis O. Scarpulla

*Attorneys for Plaintiffs*

Additional Counsel:

William H. Parish (Bar No. 95913)
PARISH GUY CASTILLO, PC
1919 Grand Canal Boulevard, Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
Email: parish@parishlegal.com

J. Mark Myles, County Counsel
San Joaquin County
44 North San Joaquin Street
Sixth Floor, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980
Facsimile: (209) 468-0315
Email: jmyles@sjgov.org

*Counsel for San Joaquin County*

John M. Luebberke, City Attorney
City of Stockton
425 North El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

*Counsel for City of Stockton*

**ORDER**

The Court has reviewed and considered the Stipulation submitted by Plaintiffs and Defendant McKesson Corporation in the above-captioned action. Accordingly, IT IS HEREBY ORDERED that McKesson Corporation will not be required to answer or otherwise respond to the Complaint in this Court.

IT IS SO ORDERED.

Dated: September 13, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE